IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICIA J. SKONIECZNY,

        Plaintiff,                  Civil Action No. 09-1440

v.

US AIRWAYS, INC. and
ASSOCIATION OF FLIGHT
ATTENDANTS - CWA, AFL-CIO,

        Defendants.

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against the Defendants in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

JACKSON & LEWIS LLP

/s/ Mark Goldner
Mark Goldner, Esquire
PA ID No. 75938
Counsel for Defendant (USAirways, Inc.)
PPG Place, 28th Floor
Pittsburgh, PA 15222-5414

/s/ Gianni Floro
Gianni Floro, Esquire
PA ID No. 85837
Counsel for the Plaintiff
935 Beaver Grade Road, Suite 6 One
Moon Township, PA 15108

GROSSINGER GORDON VATZ, LLP

/s/ Melvin Vatz
Melvin L. Vatz, Esquire
PA ID No. 23655
1000 Law & Finance Building
Pittsburgh, PA 15219
Counsel for Defendant (Association of Flight Attendants - CWA, AFL-CIO)

AND NOW, this 15th day of Nov, 2010 IT IS SO ORDERED.

BY THE COURT:

_____
Gary L. Lancaster
Chief United States District Judge